```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 15865
   WILLIAM T RUDDLE III
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3566


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/31/2007 and was not confirmed.

     The case was dismissed without confirmation 11/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------

LITTON LOAN SERVICING    CURRENT MORTG        .00           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           50.00          .00             .00
CALVARY PORTFOLIO SERVIC UNSECURED         5111.34          .00             .00
CHASE AUTO FINANCE       SECURED VEHIC     1814.00          .00             .00
TIRE ZONE                UNSECURED       NOT FILED          .00             .00
LITTON LOAN SERVICING    MORTGAGE ARRE   10000.00           .00             .00
FREMONT INVESTMENT & LOA CURRENT MORTG        .00           .00             .00
FREMONT INVESTMENT & LOA MORTGAGE ARRE    5000.00           .00             .00
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED          .00             .00
CACH PROVIDIAN BANK      UNSECURED       NOT FILED          .00             .00
COLLECTION PROFESSIONALS UNSECURED       NOT FILED          .00             .00
CREDIT PROTECTION        UNSECURED       NOT FILED          .00             .00
DIVERSIFIED ADJUSTMENT S UNSECURED       NOT FILED          .00             .00
PREMIER BANKCARD         UNSECURED         349.18           .00             .00
IC SYSTEMS               UNSECURED       NOT FILED          .00             .00
NICOR GAS                UNSECURED       NOT FILED          .00             .00
NICOR GAS                UNSECURED       NOT FILED          .00             .00
KELLY M CORZINE          NOTICE ONLY     NOT FILED          .00             .00
ASSET ACCEPTANCE LLC     UNSECURED          97.19           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED         2014.58          .00             .00
RESIDENTIAL FUNDING CO L NOTICE ONLY     NOT FILED          .00             .00
LASALLE BANK             NOTICE ONLY     NOT FILED          .00             .00
BENNIE W FERNANDEZ       DEBTOR ATTY       2,373.00                         .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15865 WILLIAM T RUDDLE III
```

```
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                       .00
                                        ---------------   ---------------
TOTALS                                              .00               .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 02/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
         CASE NO. 07 B 15865 WILLIAM T RUDDLE III
```